WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff Jodi Hernstrom

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JODI HERNSTROM,<br><br>             Plaintiff,<br><br>    v.<br><br>THE PEPSI BOTTLING GROUP, INC. and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: CV 10-03194 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXCUSING COUNSEL FROM ATTENDING CASE MANAGEMENT SCHEDULED FOR OCTOBER 8, 2010** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

Because plaintiff's counsel is likely to be in trial in San Benito County on October 8, 2010, the parties jointly request that the case management conference scheduled for October 8, 2010 at 10:30 a.m. be rescheduled to October 15, 2010, October 22, 2010, or November 5, 2010.

The details are:

1

STIPULATION AND [PROPOSED] ORDER REQUESTING A CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 8, 2010

- Plaintiff's counsel William Marder is scheduled to begin a jury trial on October 4, 2010 in San Benito County in the case of <u>Berlanga v. Willow Grove School District</u>, San Benito County Superior Court Case No.: CU-09-00100. On Monday, October 1, 2010, plaintiff's counsel William Marder received a telephone call from San Benito County Court Clerk Nancy Eiler, advising that a courtroom would be made available on October 1, 2010 for the <u>Berlanga</u> jury trial. Thus, the <u>Berlanga</u> trial will definitely happen. There is a significant possibility that the <u>Berlanga</u> trial will last through October 8, 2010, thus creating a scheduling conflict for plaintiff's counsel.

- The parties request that the case management conference be rescheduled to October 15, 2010, October 22, 2010, or November 5, 2010.

Dated:  October 4, 2010                    POLARIS LAW GROUP LLP


                                           By        */s/ William L. Marder*
                                                   WILLIAM L. MARDER

                                               Attorneys for Plaintiff
                                               JODI HERNSTROM

2

STIPULATION AND [PROPOSED] ORDER REQUESTING A CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 8, 2010

C:\Documents and Settings\mcavin\My Documents\Temp\Hernstrom\Stip and Proposed Order re Continuing CMC.doc

Dated: October 1, 2010                VILLARREAL HUTNER PC


                              By       */s/ Lara Villarreal Hutner*
                                      LARA VILLARREAL HUTNER
                                      JESSICA N. LEAL

                                      Attorneys for Defendant
                                      BOTTLING GROUP, LLC


## [PROPOSED] ORDER

Good cause appearing, the case management conference shall be continued from October 8, 2010 to __11/5/10 at 10:30 a.m__.

Dated: 10/7/10                        _____
                                      UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND [PROPOSED] ORDER REQUESTING A CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 8, 2010

C:\Documents and Settings\mcavin\My Documents\Temp\Hernstrom\Stip and Proposed Order re Continuing CMC.doc